# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: GREGORY, STEVEN TAYLOR § Case No. 10-20779
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 10, 2010. The undersigned trustee was appointed on June 10, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         17,980.91

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5,679.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $     12,301.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 02/14/2011 and the deadline for filing governmental claims was 12/07/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,548.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,548.09, for a total compensation of $2,548.09.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $133.79, for total expenses of $133.79.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/17/2011         By: /s/David A. Rosenberg
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20779  
**Case Name:** GREGORY, STEVEN TAYLOR  

**Trustee:** (480023) David A. Rosenberg  
**Filed (f) or Converted (c):** 06/10/10 (f)  
**§341(a) Meeting Date:** 07/16/10  

**Period Ending:** 02/17/11  
**Claims Bar Date:** 02/14/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 283 Pear Meadow St., Henderson, NV 89012<br>No value to estate | 155,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 708 S. 10th Street, Las Vegas, NV Properties<br>No value to estate | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash<br>No value to estate | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wells Fargo Bank N.A. (114) PO Box 6995 Portland<br>No value to estate | 149.35 | 0.00 | DA | 0.00 | FA |
| 5 | Living room set with furnishings, 2 bedrooms, di<br>No value to estate | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Works of art in home, used as furnishings, books<br>No value to estate | 4,200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Family pictures, keepsakes.<br>No value to estate | 100.00 | 100.00 | DA | 0.00 | FA |
| 8 | Clothing, personal effects.<br>No value to estate | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Watch.<br>No value to estate | 25.00 | 0.00 | DA | 0.00 | FA |
| 10 | Camera, bicycle, eliptical.<br>No value to estate | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | First Penn-Pacific Life Insurance Term policy No<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Equity Trust Company 225 Burns Road PO Box 3529<br>No value to estate | 86,914.84 | 0.00 | DA | 0.00 | FA |
| 13 | PV Holdings, LLC - 20% interest<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Pahrump 160, LLC - 2% interest<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | First Street Properties, LLC Kooskia, ID 12.5 ac<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | First Street Properties, LLC Eloy, AZ - 20 acres<br>No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |

Printed: 02/17/2011 11:56 AM    V.12.56

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20779  
**Case Name:** GREGORY, STEVEN TAYLOR  

**Trustee:** (480023) David A. Rosenberg  
**Filed (f) or Converted (c):** 06/10/10 (f)  
**§341(a) Meeting Date:** 07/16/10  

**Period Ending:** 02/17/11  
**Claims Bar Date:** 02/14/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | Cholla Ridge, LLC - 28.9% member interest (in de   No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | Work at Home, LLC property foreclosed 1/10   No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | GC Financial Services, Inc. PO Box 3109, #76434   No value to estate | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2008 BMW 328i   No value to estate | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | Computer, desk, printer, fax/scanner.   No value to estate | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | Tools and yard equipment   No value to estate | 100.00 | 0.00 | DA | 0.00 | FA |
| 23 | 1% interest in an escrow for the sale of propert | 0.00 | 17,980.25 | | 17,980.25 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.66 | Unknown |
| 24 | **Assets**   **Totals** (Excluding unknown values) | **$411,589.19** | **$18,080.25** | | **$17,980.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**    October 29, 2012        **Current Projected Date Of Final Report (TFR):**    October 29, 2012

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-20779 | | Trustee: | David A. Rosenberg (480023) |
|---|---|---|---|---|
| Case Name: | GREGORY, STEVEN TAYLOR | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******58-65 - Money Market Account |
| Taxpayer ID #: | **-***9902 | | Blanket Bond: | $2,500,000.00 (per case limit) |
| Period Ending: | 02/17/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/10 | {23} | Nevada Title Company | Money in escrow released per stipulated agreement. | 1110-000 | 17,980.25 | | 17,980.25 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,980.39 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 17,980.54 |
| 11/16/10 | 1001 | Howard C. Kim, Esq. | Attorney's Fees and Expenses | | | 5,648.56 | 12,331.98 |
| | | | Fees Awarded.           5,625.00 | 3210-000 | | | 12,331.98 |
| | | | Expenses.                    23.56 | 3220-000 | | | 12,331.98 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 12,332.10 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,332.20 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,332.30 |
| 01/31/11 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2011 FOR CASE #10-20779, Blanket Bond #016030865 | 2300-000 | | 30.83 | 12,301.47 |
| 02/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.05 | | 12,301.52 |
| 02/17/11 | | To Account #9200******5866 | Prepare for closing of case | 9999-000 | | ! 12,301.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 17,980.91 | 17,980.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,301.52 | |
| | | | Subtotal | | 17,980.91 | 5,679.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $17,980.91 | $5,679.39 | |

{} Asset reference(s)           !-Not printed or not transmitted           Printed: 02/17/2011 11:56 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-20779 | | **Trustee:** | David A. Rosenberg (480023) |
|---|---|---|---|---|
| **Case Name:** | GREGORY, STEVEN TAYLOR | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******58-66 - Checking Account |
| **Taxpayer ID #:** | **-***9902 | | **Blanket Bond:** | $2,500,000.00   (per case limit) |
| **Period Ending:** | 02/17/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/11 | | From Account #9200******5865 | Prepare for closing of case | 9999-000 | ! 12,301.52 | | 12,301.52 |
| | | | **ACCOUNT TOTALS** | | 12,301.52 | 0.00 | $12,301.52 |
| | | | Less: Bank Transfers | | 12,301.52 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******58-65** | 17,980.91 | 5,679.39 | 0.00 |
| **Checking # 9200-******58-66** | 0.00 | 0.00 | 12,301.52 |
| | $17,980.91 | $5,679.39 | $12,301.52 |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 02/17/2011 11:56 AM   V.12.56

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 14, 2011

**Case Number:** 10-20779
**Debtor Name:** GREGORY, STEVEN TAYLOR

Page: 1

**Date:** February 17, 2011
**Time:** 11:56:22 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | David A. Rosenberg<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $2,548.09 | $0.00 | 2,548.09 |
| 200 | David A. Rosenberg<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $133.79 | $0.00 | 133.79 |
| 1<br>100 | THE GILBERT FAMILY TRUST<br>4041 ANTIQUE STERLING COURT<br>LAS VEGAS, NV 89129 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code, Section 726(a) | $0.00 | $0.00 | 0.00 |
| 2<br>100 | Green Valley Ranch Homeowners Assoc,<br>Acct No xxxxx-5175,c/o Terra West<br>Property Management,2655 S. Rainbow Blvd<br>Las Vegas, NV 89146 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code, Section 726(a) | $0.00 | $0.00 | 0.00 |
| 3<br>100 | Red Rock Financial Services<br>7251 Amigo Street, Suite 100<br>Las Vegas, NV 89119 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code, Section 726(a) | $0.00 | $0.00 | 0.00 |
| 4<br>610 | Clark County Credit Union<br>PO Box 36490<br>Las Vegas, NV 89133-6490 | Unsecured | | $1,142,022.70 | $0.00 | 1,142,022.70 |
| 5<br>610 | Clark County Credit Union<br>PO Box 36490<br>Las Vegas, NV 89133-6490 | Unsecured | | $154,599.99 | $0.00 | 154,599.99 |
| 6<br>610 | Clark County Credit Union<br>PO Box 36490<br>Las Vegas, NV 89133-6490 | Unsecured | | $154,770.89 | $0.00 | 154,770.89 |
| << Totals >> | | | | 1,454,075.46 | 0.00 | 1,454,075.46 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-20779
Case Name: GREGORY, STEVEN TAYLOR
Trustee Name: David A. Rosenberg

**Balance on hand:** $ 12,301.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | THE GILBERT FAMILY TRUST | 2,281,938.59 | 0.00 | 0.00 | 0.00 |
| 2 | Green Valley Ranch Homeowners Assoc, | 178.00 | 0.00 | 0.00 | 0.00 |
| 3 | Red Rock Financial Services | 300.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 12,301.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg | 2,548.09 | 0.00 | 2,548.09 |
| Trustee, Expenses - David A. Rosenberg | 133.79 | 0.00 | 133.79 |

Total to be paid for chapter 7 administration expenses: $ 2,681.88
Remaining balance: $ 9,619.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,619.64

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| | Total to be paid for priority claims: | $ 0.00 |
| | Remaining balance: | $ 9,619.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,451,393.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Clark County Credit Union | 1,142,022.70 | 0.00 | 7,569.17 |
| 5 | Clark County Credit Union | 154,599.99 | 0.00 | 1,024.67 |
| 6 | Clark County Credit Union | 154,770.89 | 0.00 | 1,025.80 |

| | | |
|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ 9,619.64 |
| | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $             0.00
Remaining balance:                          $             0.00

**UST Form 101-7-TFR (10/1/2010)**