**LEACH JOHNSON SONG & GRUCHOW**
KIRBY C. GRUCHOW, JR., ESQ.
Nevada Bar No. 6663
E-mail: kgruchow@leachjohnson.com
MICHAEL W. MCKELLEB, ESQ.
Nevada Bar No. 12040
E-mail: mmckelleb@leachjohnson.com
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113

**E-Filed on: November 24, 2014**

Attorneys for Debtor Steven T. Gregory

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No:    BK-S-10-20779-LED |
|---|---|
| STEVEN TAYLOR GREGORY, | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF SERVICE

**Do not use this form to prove service of a summons and complaint.  To prove service of a summons and complaint use the certificate in the court form entitled "Adversary – Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the Court's website at www.nvb.uscourts.gov.**

1.  On November 24, 2014, I served the following document(s) (*specify*):

DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF DECLARING JUDICIAL LIEN(S) VOID AND TO HOLD THE GILBERT FAMILY TRUST IN CONTEMPT; AND

NOTICE OF HEARING OF DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF DECLARING JUDICIAL LIEN(S) VOID AND TO HOLD THE GILBERT FAMILY TRUST IN CONTEMPT

2.  I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒   **a.**   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

| Robert Atkinson, Esq.<br>E-mail: robert@nv-lawfirm.com<br>Atkinson Law Associates, Ltd.<br>8965 South Eastern Avenue, Suite 260<br>Las Vegas, Nevada 89123 | Howard C. Kim, Esq.<br>E-mail: howard@hkimlaw.com<br>Howard Kim & Associates<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, Nevada 89014 |
|---|---|

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

| David A. Rosenberg, Chapter 7 Trustee<br>E-mail: darosenberg@7trustee.net<br>5030 Paradise Road, #B-215<br>Las Vegas, Nevada 89119 | |

☒ **b.** **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

| Robert Atkinson, Esq.<br>Atkinson Law Associates, Ltd.<br>8965 South Eastern Avenue, Suite 260<br>Las Vegas, Nevada 89123 | Howard C. Kim, Esq.<br>Howard Kim & Associates<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, Nevada 89014 |
| --- | --- |
| David A. Rosenberg, Chapter 7 Trustee<br>5030 Paradise Road, #B-215<br>Las Vegas, Nevada 89119 | |

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct mail (as opposed to through the ECF System)**
*(List persons and e-mail addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by e-mail or a court order, I caused the document(s) to be sent to the persons at the e-mail addresses listed below, I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission if attached.

☐ **f.** **By messenger** *(List persons and fax numbers. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on** *(date)*: __**November 24, 2014**__

Heather L. Kelley                                              /s/ Heather L. Kelley
(NAME OF DECLARANT)                               (SIGNATURE OF DECLARANT)

-2-