**LEACH JOHNSON SONG & GRUCHOW**
KIRBY C. GRUCHOW, JR., ESQ.
Nevada Bar No. 6663
E-mail: kgruchow@leachjohnson.com
MICHAEL W. MCKELLEB, ESQ.
Nevada Bar No. 12040
E-mail: mmckelleb@leachjohnson.com
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113

E-Filed on: January 20, 2015

Attorneys for Debtor Steven T. Gregory

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>STEVEN TAYLOR GREGORY,<br><br>　　　　　Debtor. | Case No:    BK-S-10-20779-LED<br><br>Chapter 7<br><br>**Date of Continued Hearing: January 27, 2015**<br>**Time of Continued Hearing: 2:30 P.M.**<br>**Place:  Courtroom No. 3, Third Floor Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101**<br><br>**Judge: Honorable Laurel E. Davis** |
|---|---|

**NOTICE OF CONTINUED HEARING OF DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF DECLARING JUDICIAL LIEN(S) VOID AND TO HOLD THE GILBERT FAMILY TRUST IN CONTEMPT WITH CERTIFICATE OF SERVICE**

**NOTICE IS HEREBY GIVEN** that Debtor Steven Taylor Gregory's ("**Debtor**") Motion to Reopen Bankruptcy Case for the Limited Purpose of Declaring Judicial Lien(s) Void and to Hold the Gilbert Family Trust in Contempt (the "**Motion**") was filed on November 24, 2014, by Michael W. McKelleb, Esq. of the law firm Leach Johnson Song & Gruchow. The Motion requests issuance of an Order declaring that the 2/3/10 Judgment and 7/13/10 Order (as such terms are defined in the Motion) are null and void.

**NOTICE IS FURTHER GIVEN** that the Motion was initially set for hearing on Tuesday, January 6, 2015, and subsequently continued to Tuesday, January 27, 2015, at 2:30 p.m.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the continued hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Courtroom No. 3, Las Vegas, Nevada on January 27, 2015, at 2:30 p.m.

DATED this 20th day of January, 2015.

LEACH JOHNSON SONG & GRUCHOW

By:  /s/ MICHAEL W. MCKELLEB, ESQ.
KIRBY C. GRUCHOW, JR., ESQ.
Nevada Bar No. 6663
E-mail: kgruchow@leachjohnson.com
MICHAEL W. MCKELLEB, ESQ.
Nevada Bar No. 12040
E-mail: mmckelleb@leachjohnson.com
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
Counsel for Debtor Steven T. Gregory

**CERTIFICATE OF SERVICE**

**Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary – Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the Court's website at www.nvb.uscourts.gov.**

1. On January 20, 2015, I served the following document(s) (*specify*):

NOTICE OF CONTINUED HEARING OF DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF DECLARING JUDICIAL LIEN(S) VOID AND TO HOLD THE GILBERT FAMILY TRUST IN CONTEMPT

2. I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒ **a.   ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

| Robert Atkinson, Esq.<br>E-mail: robert@nv-lawfirm.com<br>Atkinson Law Associates, Ltd.<br>8965 South Eastern Avenue, Suite 260<br>Las Vegas, Nevada 89123 | Howard C. Kim, Esq.<br>E-mail: howard@hkimlaw.com<br>Howard Kim & Associates<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, Nevada 89014 |
|---|---|
| David A. Rosenberg, Chapter 7 Trustee<br>E-mail: darosenberg@7trustee.net<br>5030 Paradise Road, #B-215<br>Las Vegas, Nevada 89119 | |

☒ **b.   United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

| Robert Atkinson, Esq.<br>Atkinson Law Associates, Ltd.<br>8965 South Eastern Avenue, Suite 260<br>Las Vegas, Nevada 89123 | Howard C. Kim, Esq.<br>Howard Kim & Associates<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, Nevada 89014 |
|---|---|
| David A. Rosenberg, Chapter 7 Trustee<br>5030 Paradise Road, #B-215<br>Las Vegas, Nevada 89119 | The Gilbert Family Trust<br>4041 Antique Sterling Court<br>Las Vegas, Nevada 89129 |

☐ **c.   Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail (as opposed to through the ECF System)**
*(List persons and e-mail addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by e-mail or a court order, I caused the document(s) to be sent to the persons at the e-mail addresses listed below, I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission if attached.

☐ **f. By messenger** *(List persons and fax numbers. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on** *(date)***:** _____**January 20, 2015**_____

| | |
|---|---|
| Heather L. Kelley | /s/ Heather L. Kelley |
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

-4-